NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WSOU INVESTMENTS LLC, DBA BRAZOS LICENSING AND DEVELOPMENT,**
*Plaintiff-Appellant*

**v.**

**GOOGLE LLC,**
*Defendant-Appellee*

---

2024-1499

---

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00585-ADA, Judge Alan D. Albright.

---

**JUDGMENT**

---

JOSEPH ABRAHAM, Folio Law Group PLLC, Austin, TX, argued for plaintiff-appellant. Also represented by TIMOTHY DEWBERRY; ALDEN KWONG WEI LEE, CLIFF WIN, II, Seattle, WA.

ISRAEL SASHA MAYERGOYZ, Jones Day, Chicago, IL, argued for defendant-appellee. Also represented by JOHN R. BOULE, III, Los Angeles, CA; EDWIN GARCIA, TRACY A.

STITT, JENNIFER L. SWIZE, Washington, DC; THARAN GREGORY LANIER, Palo Alto, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, STOLL, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 12, 2026
Date

Jarrett B. Perlow
Clerk of Court